756

Head, Justice.   This case is controlled by the rulings made in *Barr* v. *City Council of Augusta* (cases Nos. 17013 and 17014), ante, 750, 753.

*Judgment affirmed.   All the Justices concur.*

No. 17015.   April 10, 1950.

*Cumming, Nixon & Eve*, for plaintiffs.

*William P. Congdon, Congdon, Harper & Leonard*, and *Fulcher & Fulcher*, for defendant.

WILLIAMS *v.* THE STATE.

CANDLER, Justice. Thurman Williams and James Dunn were jointly indicted in the Superior Court of Bulloch County for rape. On a separate trial, Williams was convicted of the offense charged, without a recommendation, and sentenced to death by electrocution. His conviction was affirmed by this court on October 12, 1949. *Williams* v. *State,* 206 *Ga.* 107 (55 S. E. 2d, 589). On October 31, 1949, he filed an extraordinary motion for new trial. In support of the first ground of his motion, he attached an affidavit, signed by five of the twelve jurors who had convicted him. These affiants said: "After the court charged the jury, they retired to consider their verdict and during the discussion of the case in the jury room, Arnold Woods, a fellow juror, stated that as long as he had known the defendant and knew what he did about the defendant that he would sit in his chair until the termites ate the seat out from under him before he would agree on any verdict other than the electric chair." In support of the other ground, the movant attached an affidavit, signed by the same five jurors and also another member of the jury, who testified in substance and to the effect that, when they retired to consider their verdict, they did not know what disposition had been or would be made of the case against James Dunn, the codefendant; but after considering the case for several hours, and while at supper, information reached some of the jurors, from a source unknown to affiants, that James Dunn had filed a plea of guilty to the